App. Di     Second Department, July, 1919.

affirmed;osts.  No opinion.  Mills, Rich and Kelly, JJ., concurred; Jenks, Pd Jaycox, J., dissented.

RICHANEBEL, as Assignee, etc., Appellant, v. FANNIE A. NOYES, RespondOrder in so far as it denies plaintiff's counter motion for an exam of defendant before trial reversed, with ten dollars costs and disbnts, and said motion granted, with ten dollars costs.  The said ordio far as it directs plaintiff to furnish a bill of particulars, is modifiedxtending plaintiff's time to furnish said bill of particulars until terafter the examination of the defendant is concluded.  Jenks, P. J., Mich, Kelly and Jaycox, JJ., concurred.  Order to be settled on notice Mr. Justice Jaycox.

NELSOTHERS COAL COMPANY, Appellant, v. HUDSON MILL AND LUMBEPANY, Respondent.— Order affirmed, with ten dollars costs and disents.  No opinion.  Jenks, P. J., Mills, Rich, Putnam and Blackm., concurred.

JANEE PELKINGTON, as Administratrix, etc., Respondent, v. JOHN F. MA; Appellant.— Judgment and order reversed and new trial granted to abide the event, on the ground that the verdict was against the wei the evidence, and also for error in the ruling at folios 651 and 652 of ford.  Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.

THE LE OF THE STATE OF NEW YORK, Respondent, v. RICHARD LONERAppellant.— Judgment of conviction of the Court of Special Sessionrmed.  No opinion.  Jenks, P. J., Mills, Rich, Kelly and Jaycox concurred.

THE LE OF THE STATE OF NEW YORK, on Complaint of AGNES S. LAWLEppellant, v. WILLIAM J. LAWLER, Respondent.— Appeal dismissediout costs, on the ground that we think that the appeal was not taken te time.  Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurRich, J., being also of opinion that the order was not appealable.

MARHWARZ, as Administratrix, etc., of JOHN SCHWARZ, Deceased, Respor, v. WILLIAM G. McADOO, Director-General of Railroads, and Othersellants.— Judgment and order reversed, and new trial granted, costs tde the event, unless within twenty days plaintiff stipulates to reduceverdict to the sum of $18,000 — $10,000 to the child and $8,000 to the w; in which event the judgment, as so modified, and the order are unously affirmed, without costs.  Jenks, P. J., Mills, Rich, Kelly and Ja, JJ., concurred.

MAR SMITH, as Administratrix, etc., of ALFRED C. SMITH, Deceased, Respor, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgmand order reversed and new trial granted, costs to abide the event, ss within twenty days plaintiff stipulates to reduce the amount of the lict to the sum of $25,000; in which event the judgment as so modifiend the order, are unanimously affirmed, without costs.  Jenks, P. J., I, Rich, Kelly and Jaycox, JJ., concurred.

JOHN SNYDER, Appellant, v. JOHN F. HYLAN, as Mayor of the City of Nevork, and Others, Respondents.— Order affirmed, without costs, and delants' motion to dismiss the appeal denied, without costs.  No